# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **BULLET PROOF TECHNOLOGY OF TEXAS, LLC** | § § § | |
| | § | **Case No. 2:09-cv-00316** |
| **Plaintiff,** | § | |
| v. | § § | |
| **RENTHAL LTD;** | § | **JURY TRIAL DEMANDED** |
| **RENTHAL AMERICA, INC.;** | § | |
| **PLANO FUN CENTER, INC. d/b/a** | § | |
| **PLANO KAWASAKI SUZUKI;** | § | |
| **BG MOTORSPORTS, L.P. d/b/a** | § | |
| **GOLDEN TRIANGLE POWERSPORTS,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

THE COURT having considered Defendants' Motion to Extend Deadlines, and for good cause shown therein;

IT IS HEREBY ORDERED that Defendants' Motion be GRANTED. The new deadlines will be as follows:

| | |
|---|---|
| Exchange of Prelim Claim Construction and Extrinsic Evidence (P.R. 4-2): | March 9, 2011 |
| Joint Claim Construction and Prehearing Statement (P.R. 4-3): | April 6, 2011 |

IT IS FURTHER ORDERED that these extensions shall have no impact on the date of the claim construction hearing or the trial dates set forth in the Court's Order Governing Proceedings.

IT IS FURTHER ORDERED that that these extensions are made without any prejudice to Plaintiff's rights.

2

IT IS FURTHER ORDERED that these extensions shall not be used to support any other request to postpone deadlines in the case.

SIGNED this 7th day of February, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE