**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BULLET PROOF TECHNOLOGY OF TEXAS, LLC**　　　Plaintiff,　v.　**RENTHAL LTD, et al.**　　　Defendants. | Case No. 2:09-cv-00316-TJW-CE　JURY TRIAL DEMANDED |

**ORDER REGARDING CLAIM CONSTRUCTION**

Before the Court is Plaintiff's Unopposed Motion For Entry of Claim Construction Order. Defendants have agreed to Plaintiffs constructions for all proposed terms and phrases.

The Court hereby adopts the Parties' agreed constructions as follows:

The term "aramid fibers" means: manufactured fibers in which the fiber-forming substance is a long-chain synthetic polyamide in which at least 85 percent of the amide (O=C-NH) linkages are attached directly to two aromatic rings.

The term "fibrillated and chopped aramid aramid fibers" means: manufactured fibers in which the fiber-forming substance is a long-chain synthetic polyamide in which at least 85 percent of the amide (O=C-NH) linkages are attached directly to two aromatic rings, wherein the manufactured fibers are both fibrillated and chopped.

The term "dispersed within" means: dispersed directly within.

The term "hand surface" means: viscoelastic hand surface, positioned about a shell, and exhibiting tack.

The term "styrenic thermoplastic elastomer" means: styrenic block copolymer.

The claim construction hearing currently set for August 23, 2011 at 2:00 pm is cancelled.

SO ORDERED.

SIGNED this 18th day of August, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE