# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BULLET PROOF TECHNOLOGY OF TEXAS, LLC**  <br><br>Plaintiff,<br><br>v.<br><br>**RENTHAL LTD, et al.**<br><br>Defendants. | Case No. 2:09-cv-00316-TJW-CE<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Parties' Joint Motion to Modify the Docket Control Regarding Expert Reports. After due consideration, the court hereby GRANTS the motion. It therefore ORDERED that

The Court's May 25, 2010 Docket Control Order is hereby modified as follows:

| | |
|---|---|
| **April 30, 2012** | Designate Rebuttal Expert Witnesses other than claims Construction<br>Expert witness report due<br>Refer to Discovery Order for required information. |
| **March 15, 2012** | Comply with P.R. 3-7 |
| **March 15, 2012** | Party with the burden of proof to designate Expert Witnesses other than claims construction<br>Expert witness report due<br>Refer to Discovery Order for required information. |

SO ORDERED.

**SIGNED this 6th day of October, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE