IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BULLET PROOF TECHNOLOGY OF TEXAS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>RENTHAL LTD, et al.<br><br>    Defendants. | Case No. 2:09-cv-00316-TJW-CE<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Parties' Joint Motion to Modify the Docket Control Regarding Expert Reports. After due consideration, the court hereby GRANTS the motion. It therefore ORDERED that

The Court's October 6, 2011 Docket Control Order is hereby modified as follows:

| | |
|---|---|
| **June 25, 2012** | For responding responding to Motions that may require a hearing (including *Daubert* Motions) |
| **June 11, 2012** | For filing Motions that may require a hearing (including *Daubert* Motions) |
| **May 25, 2012** | Expert Discovery Deadline |
| **May 14, 2012** | Designate Rebuttal Expert Witnesses on damages<br>Expert witness report due<br>Refer to Discovery Order for required information. |
| **April 30, 2012** | Designate Rebuttal Expert Witnesses other than claims construction and damages<br>Expert witness report due<br>Refer to Discovery Order for required information. |

| | |
|---|---|
| **March 29, 2012** | Party with the burden of proof to designate Expert Witnesses on damages<br>Expert witness report due |
| **March 15, 2012** | Comply with P.R. 3-7 |
| **March 15, 2012** | Party with burden of proof to designate Expert Witnesses other than claims construction and damages<br>Expert witness report due<br>Refer to Discovery Order for required information. |

**SIGNED this 13th day of March, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE