IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BULLET PROOF TECHNOLOGY OF TEXAS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>RENTHAL LTD, et al.<br><br>    Defendants. | Case No. 2:09-cv-00316-TJW-CE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order dated March 13, 2012 (Dkt. 87) and Docket Control Order dated May 25, 2011 (Dkt. 36), Plaintiff Bullet Proof Technology of Texas ("BPT") hereby certifies that on March 29, 2012, Plaintiff complied by serving the Expert Report of Matthew Morris on infringement and damages on Defendants Renthal LTD, Renthal America, Inc., Plano Fun Center, Inc. d/b/a Plano Kawasaki Suzuki, and BG Motorsports, L.P. d/b/a Golden Triangle Powersports via email.

Dated: April 3, 2012

Respectfully Submitted,

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas  75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

Sana Halwani
Admitted Pro Hac Vice
Timothy H. Gilbert

Admitted Pro Hac Vice
**Gilbert's LLP**
77 King Street West
Suite 2010, P.O. Box 301
Toronto-Dominion Centre
Toronto, ON M5K 1K2
Telephone: (416) 703-1100
Facsimile: (416) 703-7422
sana@gilbertslaw.ca
tim@gilbertslaw.ca

**Attorneys for Plaintiff**
**Bullet Proof Technology of Texas, LLC**

.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 3rd day of April, 2012.

/s/ William E. Davis, III
William E. Davis, III