UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BULLET PROOF TECHNOLOGY OF TEXAS, LLC | § § § | |
| Plaintiff, | § § | Case No. 2:09-cv-00316 |
| v. | § § | |
| RENTHAL LTD; RENTHAL AMERICA, INC.; PLANO FUN CENTER, INC. d/b/a PLANO KAWASAKI SUZUKI; BG MOTORSPORTS, L.P. d/b/a GOLDEN TRIANGLE POWERSPORTS, | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Modify the Docket Control Order. After due consideration, the Court hereby GRANTS the Motion. It therefore ORDERED that the deadlines are as follows:

| | |
|---|---|
| June 25, 2012 | Expert Discovery Deadline |
| July 9, 2012 | For filing Motion that may require a hearing |
| July 16, 2012 | For filing Responses to Motions that may require a hearing |

SO ORDERED.

**SIGNED this 31st day of May, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE