# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BULLET PROOF TECHNOLOGY OF TEXAS, LLC** § § § § **Plaintiff,** § v. § § **RENTHAL LTD;** § **RENTHAL AMERICA, INC.;** § **PLANO FUN CENTER, INC. d/b/a** § **PLANO KAWASAKI SUZUKI;** § **BG MOTORSPORTS, L.P. d/b/a** § **GOLDEN TRIANGLE POWERSPORTS,** § § **Defendants.** § | Case No. 2:09-cv-00316 JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH THE COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Motion Practice Order (Dkt. No. 36), and pursuant to the Court's order granting leave to file (Dkt. No. 105), Defendants hereby file this Notice of their Reply Letter to the Court further requesting permission to file a motion for summary judgment of invalidity of U.S. Patent No. 6,558,270. A copy of the letter is attached as Exhibit 1.

Respectfully submitted,

Dated: May 31, 2012

Sincerely,

/s/ *Jennifer Brown Trillsch*
Jennifer Brown Trillsch
State Bar No. 24045571
jtrillsch@duanemorris.com
Diana M. Sangalli
State Bar No 24033926
dmsangalli@duanemorris.com
Thomas W. Sankey
State Bar No. 17635670
twsankey@duanemorris.com
Candace D. Kamperman
State Bar No. 24065534
cdkamperman@duanemorris.com

**D**UANE **M**ORRIS **LLP**
1330 Post Oak Blvd., Suite 800
Houston, Texas  77056-3166
Telephone:	(713) 402-3900
Facsimile:	(713) 402-3901

**ATTORNEYS FOR DEFENDANTS,
RENTHAL LTD; RENTHAL AMERICA, INC.;
PLANO FUN CENTER, INC. d/b/a PLANO
KAWASAKI SUZUKI; BG MOTORSPORTS,
L.P. d/b/a GOLDEN TRIANGLE
POWERSPORTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of May, 2012, a true and correct copy of this Notice of Compliance has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jennifer Trillsch<br>
Jennifer Trillsch