Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall  DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 4/19/10

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 6 - 2012

DAVID J MALAND, CLERK
BY
DEPUTY_____

1. This application is being made for the following: Case # 2:09-cv-00316
Style: Bullet Proof Technology of Texas LLC v. Renthal Ltd; Renthal America Inc., et al.
2. Applicant is representing the following party/ies: Bullet Proof Technology of Texas LLC
3. Applicant was admitted to practice in Ontario (state) on June 18, 2009 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Courts of Ontario, Federal Courts of Canada
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Emily Kettel _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date June 5, 2012.     Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Emily Kettel
State Bar Number Law Society of Upper Canada - 571530
Firm Name: Gilbert's LLP
Address/P.O. Box: 77 King Street West, Ste 2010, PO Box 301
City/State/Zip: Toronto, Ontario M5K 1K2
Telephone #: 416-703-1100
Fax #: 416-703-7422
E-mail Address: emily@gilbertslaw.ca
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 6/6/12

*David J. Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Barbara Wick*
Deputy Clerk